FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0033

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0033

_____

IN THE MATTER OF THE ESTATE OF:

JESSE L. BECK, DECEASED

JASON BECK,

      Appellant,

v.

ALEXIA BECK, Personal Representative,

      Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024